# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON J. BOLDEN, A/K/A JASON JEROME BOLEN,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 82090

FILED

NOV 2 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported order denying a motion to modify sentence. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

A review of the district court docket and minute entries does not indicate that a motion to modify sentence was filed in the underlying case. Further, it does not appear that the district court has entered any appealable order since the judgment of conviction was filed on August 27, 2019. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-42969

cc:     Hon. Richard Scotti, District Judge
        Jason J. Bolden
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk